# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
 *Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 27, 2012

Ms. Jennifer Lee Gravitz
JENNIFER L. GRAVITZ
344
3349 Monroe Avenue
Rochester, NY  14618

      RE:  11-3336  Michael Argenyi v. Creighton University
           11-3461  Michael Argenyi v. Creighton University

Dear Counsel:

      Enclosed please find an order acknowledging receipt of your motion for leave to file an amicus brief and your proposed amicus brief. The order gives the parties to the appeal 8 days to respond to the motion.

      Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If your motion for leave to file an amicus brief did not contain such a request and you wish to participate in oral argument, you will need to file an additional motion in the event you are granted amicus status. Please note that if permission to present oral argument is eventually granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys in the case before you submit your motion.

      Please contact me if you have any questions.

                                        Michael E. Gans
                                        Clerk of Court

JPP

Enclosure(s)

cc:     Ms. Allison Balus
          Mr. Marc Charmatz
          Mr. Steven D. Davidson
          Ms. Dianne D. DeLair
          Mark L. Gross
          Mr. Christopher R. Hedican
          Ms. Teresa Kwong
          Ms. Denise M. Lucks

Mr. Jeffrey Archer Miller
Mr. Scott P. Moore
Ms. Debra Patkin
Mr. Michael Steven Stein
Ms. Mary Caroline Vargas

    District Court/Agency Case Number(s):  8:09-cv-00341-LSC
                                                       8:09-cv-00341-LSC