No: 11-3336

Michael S. Argenyi

Appellant

v.

Creighton University

Appellee

------------------------------

United States, et al.

Amici on Behalf of Appellant

No: 11-3461

Michael S. Argenyi

Appellee

v.

Creighton University

Appellant

------------------------------

United States, et al.

Amici on Behalf of Appellant

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:09-cv-00341-LSC)
(8:09-cv-00341-LSC)

# ORDER

Association of Medical Professionals with Hearing Losses' motion for leave to file amicus brief has been considered by the court, and the motion is granted.

February 13, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans